PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov
JMA2859
(FLU:KCPB)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ARTHUR PIACENTINI,**<br><br>*Defendant,*<br><br>and<br><br>**HUDSON CITY SAVINGS BANK,**<br>**and its successors or assigns,**<br><br>*Garnishee.* | Hon. Jose L. Linares<br><br>CRIMINAL No. 10-311<br><br>**APPLICATION AND ORDER**<br>**FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Arthur Piacentini, social security number *******2809, whose last known address is Saddle Brook, NJ 07663 in the above cited action in the amount of $8,606,513.36, plus interest at the rate of % per annum and penalties.

The total balance due and owing as of June 18, 2012 is $8,606,413.36.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from June 18, 2012, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Arthur Piacentini has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Arthur Piacentini. Included but not limited to account number xxxx05124 and stock shares (account number unknown).

The name and address of the Garnishee or his authorized agent is:

>Hudson City Savings Bank
>240 Baldwin Road
>Attn: Legal Department
>Parsippany, NJ 07054

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

>PAUL J. FISHMAN
>United States Attorney
>
>By: JORDAN M. ANGER
>Assistant U.S. Attorney

IT IS, on this _2nd_ day of _July_, 2012,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

>HON. Jose L. Linares, JUDGE
>UNITED STATES DISTRICT COURT